**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**INSPIRED TECHNOLOGIES, INC.,**
    **Plaintiff,**

**-vs-**                **Case No. 6:09-cv-289-Orl-31GJK**

**INTERTAPE POLYMER CORP.,**
    **Defendant.**
_____

## ORDER

This matter came before the Court on Inspired Technologies, Inc.'s (ITI) Motion for Award of pre- and post-judgment interest (Doc. 202) and Intertape Polymer Corp.'s (Intertape) response (Doc. 210).

On September 28, 2010, the jury returned a verdict against Intertape in the amount of $13,150,000 (Doc. 189). Judgment on this amount was entered on September 29, 2010 (Doc. 195).[1] On December 7, 2010, the Court awarded ITI fees and costs in the amount of $215,231.00 (Doc. 235). ITI seeks prejudgment interest at the rate of 6.0% per annum from March 17, 2009 – the date Block-It was launched – through the date of Judgment, September 29, 2010; or approximately 18 months. Interest is sought on both the damages amount and the attorney's fees/costs awarded to ITI.

Intertape claims that pre-judgment interest should not accrue until February 24, 2010, when ITI sold its assets to Shurtape, which resulted in the loss claimed by ITI. Under Florida law,

---

[1] A motion for Judgment as a Matter of Law, and Alternatively for a New Trial, or Remittitur (Doc. 212) is pending before the Court.

prejudgment interest is calculated from the date of the loss that was liquidated by the verdict. *Hoslton Invs. Inc. B.V.I. v. Lanlogistics Corp.*, No. 08-21569, 2010 WL 2495413 at *13 (S.D. Fla. June 18, 2010) (citing *Gilchrist Timber Co. v. Itt Rayonier, Inc.*, 472 F.3d 1329, 1331 (11th Cir. 2006)). The date of the loss in this case was February 24, 2010. Thus, prejudgment interest will be calculated from February 24, 2010 through September 29, 2010, or approximately 7 months, at the rate of 6.0% on the sum of the damages and attorney's fees/costs awarded.[2] This sum will be calculated and entered when the Court rules on the pending motion for new trial. Post-judgment interest will accrue as provided by law. It is, therefore

**ORDERED** that the Motion at Doc. 202 is GRANTED, in part.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 8, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

[2] Intertape does not dispute the rate of 6.0% or the inclusion of attorney's fees.